IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00771-CMA-KLM

JUDY STEELE,

    Plaintiff,

v.

GEICO INDEMNITY COMPANY,

    Defendant.

## MINUTE ORDER

### ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX

This matter is before the Court on the parties' **Stipulated Motion for Entry of Joint Stipulation and Protective Order** [Docket No. 13; Filed June 18, 2010] ("Joint Motion").

IT IS HEREBY **ORDERED** that the Joint Motion is **GRANTED**.

IT IS FURTHER **ORDERED** that the Joint Stipulation and Protective Order is accepted for filing and entered as an Order of the Court as of today's date, with the following interlineation:

> Disputes regarding confidentiality designations shall be brought to the attention of the Court no later than thirty days before the discovery deadline.

Dated: June 18, 2010