IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00771-CMA-KLM

JUDY STEELE,

    Plaintiff,

v.

GEICO INDEMNITY COMPANY,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the parties' **Joint Motion to Modify Scheduling Order to Extend Expert Witness Deadlines** [Docket No. 17; Filed August 30, 2010] ("Joint Motion").

IT IS HEREBY **ORDERED** that the Joint Motion is **GRANTED**. The Scheduling Order entered on June 15, 2010 [Docket No. 12] is modified to extend the following deadlines:

- Expert Disclosure Deadline     **September 15, 2010**
- Rebuttal Expert Disclosure Deadline     **October 15, 2010**

Dated: August 30, 2010